Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Martha M. Stillwagon**
   Debtor(s)

Bankruptcy Case No.: 16−21381−GLT
Related to Docket No. 43
Chapter: 13
Docket No.: 44 − 43
Concil. Conf.: October 12, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **September 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **September 20, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **October 12, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: July 21, 2017

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

        Ronda J. Winnecour, Trustee
        P.O. Box 84051
        Chicago, IL 60689–4002

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                              Case No. 16-21381-GLT
Martha M. Stillwagon                                                Chapter 13
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                   Page 1 of 2                  Date Rcvd: Jul 21, 2017
                               Form ID: 213                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 23, 2017.
db             +Martha M. Stillwagon,    8147 Nixon Road,    Pittsburgh, PA 15237-4611
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14240126        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14211828        Capital One Bank USA, NA,    American Inforsource, LP,    P.O. Box 71083,
                 Charlotte, North Carolina 28272-1083
14239404       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14211830       +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, Pennsylvania 15212-5860
14211832       +George Hollanberger, Jr.,    314 Blaze Drive,    Glenshaw, PA 15116-1012
14211835       +John Vlakancic,    3834 Perrysville Avenue,    Pittsburgh, PA 15214-1832
14211836       +North Allegheny School District,    9955 Grubbs Road,    Wexford , PA 15090-9644
14215006       +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14211840       +Resurgent Capital Services,    P.O. Box 228,    Greenville, SC 29602
14211841       +Santander Consumer USA,    PO Box 560284,    Dallas , Texas 75356-0284
14211842       +Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14211843       +Town of McCandless,    9955 Grubbs Road,    Wexford, PA 15090-9645
14211844        Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, Iowa 50306-3411
14288288        Wilmington Savings Fund Society, FSB, d/b/a Christ,    Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14211829       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 22 2017 01:14:53      Duquesne Light Company,
                 411 Seventh Avenue, MD 6-1,    Pittsburgh, Pennsylvania 15219-1942
14288185       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 22 2017 01:14:53      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14211831        E-mail/Text: bnc-bluestem@quantum3group.com Jul 22 2017 01:14:38
                 Fingerhut Credit Account Services,    PO Box 1250,    St. Could, Minnesota 56395-1250
14211833        E-mail/Text: cio.bncmail@irs.gov Jul 22 2017 01:13:43      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326
14211834        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2017 01:14:25      Jefferson Capital Systems, LLC,
                 P.O. Box 7999,    St. Cloud, Minnesota 56302
14287762        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 22 2017 01:17:42
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14211837        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 22 2017 01:14:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, Pennsylvania 17128-0946
14281112       +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 22 2017 01:14:25      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14211838       +E-mail/Text: csidl@sbcglobal.net Jul 22 2017 01:14:33      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
14285682        E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2017 01:13:53
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
14211839       +E-mail/Text: bnc-quantum@quantum3group.com Jul 22 2017 01:13:53      Quantum3 Group, LLC,
                 P.O. Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Allegheny County
cr              DLJ Mortgage Capital, Inc.
cr              Duquesne Light Company
cr*            +North Allegheny School District,   c/o Maiello Brungo & Maiello, LLP,   100 Purity Road,
                 Suite 3,    Pittsburgh, PA 15235-4441
                                                                                               TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jul 21, 2017
                              Form ID: 213            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    DLJ Mortgage Capital, Inc. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Francis E. Corbett    on behalf of Debtor Martha M. Stillwagon fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James   Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
               inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```