**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Martha M. Stillwagon** | : | Case No. 16−21381−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket no. 43 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

 *AND NOW,* this ***3rd day of October, 2017,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code,* the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

 (1)  The above−captioned case is ***DISMISSED, without prejudice.*** The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349.* Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

 (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

 (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

 (4)  The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 16-21381-GLT
Martha M. Stillwagon                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas           Page 1 of 2          Date Rcvd: Oct 03, 2017
                             Form ID: 309          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db              +Martha M. Stillwagon,    8147 Nixon Road,    Pittsburgh, PA 15237-4611
cr              +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14239404        +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14211830        +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive, 2nd Floor,
                 Pittsburgh, Pennsylvania 15212-5860
14211832        +George Hollanberger, Jr.,    314 Blaze Drive,    Glenshaw, PA 15116-1012
14211835        +John Vlakancic,    3834 Perrysville Avenue,    Pittsburgh, PA 15214-1832
14211836        +North Allegheny School District,    9955 Grubbs Road,    Wexford, PA 15090-9644
14215006        +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,
                 100 Purity Road, Suite 3,    Pittsburgh, PA 15235-4441
14211840        +Resurgent Capital Services,    P.O. Box 228,    Greenville, SC 29602
14211842        +Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14211843        +Town of McCandless,    9955 Grubbs Road,    Wexford, PA 15090-9645
14288288         Wilmington Savings Fund Society, FSB, d/b/a Christ,    Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14240126         EDI: CAPITALONE.COM Oct 04 2017 01:28:00    Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
14211828         EDI: CAPITALONE.COM Oct 04 2017 01:28:00    Capital One Bank USA, NA,
                 American Inforsource, LP,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
14211829        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 04 2017 01:30:27    Duquesne Light Company,
                 411 Seventh Avenue, MD 6-1,    Pittsburgh, Pennsylvania 15219-1942
14288185        +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Oct 04 2017 01:30:27    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14211831         EDI: BLUESTEM Oct 04 2017 01:28:00    Fingerhut Credit Account Services,    PO Box 1250,
                 St. Could, Minnesota 56395-1250
14211833         EDI: IRS.COM Oct 04 2017 01:28:00    Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, Pennsylvania 19114-0326
14211834         EDI: JEFFERSONCAP.COM Oct 04 2017 01:28:00    Jefferson Capital Systems, LLC,    P.O. Box 7999,
                 St. Cloud, Minnesota 56302
14287762         EDI: PRA.COM Oct 04 2017 01:28:00    Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14211837         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2017 01:29:53
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, Pennsylvania 17128-0946
14281112        +EDI: JEFFERSONCAP.COM Oct 04 2017 01:28:00    Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
14211838        +E-mail/Text: csidl@sbcglobal.net Oct 04 2017 01:30:15    Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
14285682         EDI: Q3G.COM Oct 04 2017 01:28:00    Quantum3 Group LLC as agent for,    GPCC I LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
14211839        +EDI: Q3G.COM Oct 04 2017 01:28:00    Quantum3 Group, LLC,    P.O. Box 788,
                 Kirkland, WA 98083-0788
14211841        +EDI: DRIV.COM Oct 04 2017 01:28:00    Santander Consumer USA,    PO Box 560284,
                 Dallas , Texas 75356-0284
14211842        +E-mail/Text: jennifer.chacon@spservicing.com Oct 04 2017 01:30:33
                 Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14211844         EDI: WFFC.COM Oct 04 2017 01:28:00    Wells Fargo Home Mortgage,    PO Box 14411,
                 Des Moines, Iowa 50306-3411
                                                                                         TOTAL: 16
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Allegheny County
cr               DLJ Mortgage Capital, Inc.
cr               Duquesne Light Company
cr*             +North Allegheny School District,    c/o Maiello Brungo & Maiello, LLP,    100 Purity Road,
                 Suite 3,    Pittsburgh, PA 15235-4441
                                                                           TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2           User: dbas              Page 2 of 2             Date Rcvd: Oct 03, 2017
                               Form ID: 309            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    DLJ Mortgage Capital, Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Francis E. Corbett    on behalf of Debtor Martha M. Stillwagon fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Jennifer L. Cerce    on behalf of Creditor    North Allegheny School District jlc@mbm-law.net
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                    TOTAL: 9
```