**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MARTHA M. STILLWAGON | Case No.:16-21381 GLT |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Repondents. | |

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 04/12/2016  and confirmed on 06/16/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 38,000.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 38,000.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,310.00 | |
|     Trustee Fee | 1,595.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 4,905.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| NORTH ALLEGHENY SD (MCCANDLESS) (F<br>Acct: G281 | 3,455.21 | 2,314.38 | 366.73 | 2,681.11 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8365 | 0.00 | 18,870.51 | 0.00 | 18,870.51 |
| NORTH ALLEGHENY SD (MCCANDLESS) (F<br>Acct: G281 | 828.82 | 570.61 | 0.00 | 570.61 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: G281 | 1,787.00 | 1,190.92 | 227.96 | 1,418.88 |
| COUNTY OF ALLEGHENY (R/E TAX)*<br>Acct: G281 | 459.84 | 316.57 | 0.00 | 316.57 |
| WILMINGTON SAVINGS FUND SOCIETY FS<br>Acct: 8365 | 11,929.20 | 1,483.79 | 0.00 | 1,483.79 |
| SANTANDER CONSUMER USA**<br>Acct: 5811 | 15,872.01 | 4,069.16 | 3,684.37 | 7,753.53 |
| | | | | 33,095.00 |
| Priority | | | | |
| FRANCIS E CORBETT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| MARTHA M. STILLWAGON | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANCIS E CORBETT ESQ | 3,310.00 | 3,310.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 88,826.46 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| PA DEPARTMENT OF REVENUE* | 3,600.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| TOWN OF MCCANDLESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NORTH ALLEGHENY SD (MCCANDLESS) (F | 22.00 | 0.00 | 0.00 | 0.00 |
| Acct: G281 | | | | |
| MCCANDLESS TOWNSHIP (EIT) | 7,100.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| | * * * N O N E * * * | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 6,154.45 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SELECT PORTFOLIO SERVICING INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK NA** | 593.56 | 0.00 | 0.00 | 0.00 |
| Acct: 9784 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GEORGE HOLLANBERGER | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN VLAKANCIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MCKEE COUNSELING SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PREMIER BANKCARD LLC | 882.81 | 0.00 | 0.00 | 0.00 |
| Acct: 2436 | | | | |
| QUANTUM3 LLC AGENT - GPCC I LLC | 406.75 | 0.00 | 0.00 | 0.00 |
| Acct: 7514 | | | | |
| RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE BANK NA** | 1,417.19 | 0.00 | 0.00 | 0.00 |
| Acct: 3795 | | | | |
| INTERNAL REVENUE SERVICE* | 61,225.06 | 0.00 | 0.00 | 0.00 |
| Acct: 7590 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL( | 1,356.46 | 0.00 | 0.00 | 0.00 |
| Acct: 5541 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | * * * N O N E * * * | | | |

TOTAL PAID TO CREDITORS                                                      33,095.00

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

TOTAL CLAIMED
PRIORITY          99,548.46
SECURED           34,332.08
UNSECURED         72.036.28

Date: 11/16/2017                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com